No. 01–8874. PENA v. GREINER, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–8877. WHILBY v. CASON. C. A. 6th Cir. Certiorari denied.

No. 01–8882. SMITH v. FARMER, ATTORNEY GENERAL OF NEW JERSEY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–8897. MATUTE-CHIRINOS v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 01–8900. QUINONES v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–8905. REMINGTON v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 01–8906. MATTHEWS v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 01–8909. JONES v. GUNJA, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 01–8910. NORRIS v. UTAH. Sup. Ct. Utah. Certiorari denied.

No. 01–8911. METTS v. NORTH CAROLINA DEPARTMENT OF REVENUE. C. A. 4th Cir. Certiorari denied.

No. 01–8915. OVERTON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 01–8916. PRESCHER v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–8917. HIGGINS v. SWIECICKI. Super. Ct. N. J., App. Div. Certiorari denied.